# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Elijah Omar Nabors**                        **Docket No. 5:20-CR-255-1M**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Michael Torres, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Elijah Omar Nabors, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 28th day of July, 2020.

A violation reported was submitted to the court on October 8, 2020, as the defendant submitted a drug screen that tested positive for marijuana on September 29, 2020. When confronted with the positive drug screen, the defendant denied using marijuana. On July 28, 2020, the court ordered the defendant to participate in the Location Monitoring Program as part of his bond. The defendant entered his home late on October 1, 2020 and October 5, 2020.

A violation reported was submitted to the court on November 10, 2020, as the defendant submitted a drug screen that tested positive for marijuana on November 2, 2020. When confronted with the positive drug screen, the defendant denied using marijuana. The court ordered the defendant to participate in the Location Monitoring Program as part of his bond. On October 25, 2020 and October 26, 2020, the defendant entered his home late.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 11, 2021, the defendant submitted a drug screen that tested positive for marijuana. When confronted with the positive drug screen, the defendant denied using marijuana. The court ordered the defendant to participate in the Location Monitoring Program as part of his bond. The defendant entered his home late on January 5, 2021 and January 16, 2021. To increase supervision due the defendant's continued drug use, this officer is requesting that the Location Monitoring Program the defendant is currently participating in be modified to home detention. The United States Attorney's Office has been contacted and does not oppose the home detention modification. Counsel for the defendant has not responded to numerous inquiries by this officer about the purposed modification. The defendant signed a waiver agreeing to the proposed modification of his pretrial conditions.

**PRAYING THAT THE COURT WILL ORDER**:

- The defendant must abide by all conditions and terms of the home detention program. The defendant must be restricted to her residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the probation officer. The defendant must submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay a portion of the monitoring cost.

**Elijah Omar Nabors**
**Docket No. 5:20-CR-255-1M**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Michael Torres<br>Michael Torres<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2534<br>Executed On: January 25, 2021 |

### ORDER OF THE COURT

Considered and ordered on January 25, 2021. It is further ordered that this document shall be filed and made a part of the records in the above case.

_____
Robert T. Numbers, II
United States Magistrate Judge