# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Elijah Omar Nabors**     **Docket No. 5:20-CR-255-1M**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Michael Torres, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Elijah Omar Nabors, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 10th day of November, 2020.

A violation reported was submitted to the court on October 8, 2020, as the defendant submitted a drug screen that tested positive for marijuana. When confronted with the positive drug screen, the defendant denied using marijuana. On July 28, 2020, the court ordered the defendant to participate in the Location Monitoring Program as part of his bond. The defendant entered his home late on October 1, 2020 and October 5, 2020.

A violation reported was submitted to the court on November 10, 2020, as the defendant submitted a drug screen that tested positive for marijuana on January 11, 2021. When confronted with the positive drug screen, the defendant denied using marijuana. On July 28, 2020, the court ordered the defendant to participate in the Location Monitoring Program as part of his bond. The defendant entered his home late on October 25, 2020, and October 26, 2020.

A Request for Modification of Bond Conditions was submitted to the court on October 15, 2020, requesting that the defendant's Location Monitoring Program curfew be increased to home detention. The request to modify the defendant's curfew was due to the defendant testing positive for marijuana on January 11, 2021. Furthermore, the defendant entered his home late on January 5, 2021, and January 16, 2021. The defendant signed a waiver agreeing to the proposed modification of his pretrial conditions. The court agreed to the modification and continued the defendant on supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 10, 2021, the defendant submitted a drug screen that tested positive for marijuana. When confronted with the positive drug screen, the defendant denied using marijuana. On July 28, 2020, the court ordered the defendant to participate in the Location Monitoring Program as part of his bond. On February 11, 2021, the defendant was scheduled to be home at 9:00 PM and entered his home late at 10:24 PM.

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked.

**Elijah Omar Nabors**
**Docket No. 5:20-CR-255-1M**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Michael Torres<br>Michael Torres<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2534<br>Executed On: February 19, 2021 |

### ORDER OF THE COURT

Considered and ordered on February 19, 2021. It is further ordered that this document shall be filed and made a part of the records in the above case.

_____
Robert T. Numbers, II
United States Magistrate Judge